UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| KATHLEEN J. MUMMA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:12CV30-PPS/RBC |
| | ) | |
| REGENCY PLACE OF FORT WAYNE, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

The parties' joint Stipulation of Dismissal [DE 11] is **SO ORDERED**, and this case is **DISMISSED WITH PREJUDICE** and thereby **CLOSED,** the parties to bear their own costs and fees.

**ENTERED**: June 29, 2012

                                               s/ Philip P. Simon
                                               CHIEF JUDGE
                                               UNITED STATES DISTRICT COURT